**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7155**

---

In Re: WAYNE THOMAS JOHNSON,

                                            Petitioner.

---

On Petition for Writ of Mandamus.

---

Submitted: November 30, 2000      Decided: December 7, 2000

---

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Wayne Thomas Johnson, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne T. Johnson petitions this court for a writ of mandamus directing a North Carolina state court to act on Johnson's Motion for Appropriate Relief. Federal courts have no general power to compel action by state courts. See Davis v. Lansing, 851 F.2d 72, 74 (2d Cir. 1988); Gurley v. Superior Court of Mecklenburg County, 411 F.2d 586, 587 (4th Cir. 1969). Accordingly, while we grant Johnson's motion to proceed on appeal in forma pauperis, we deny his petition for a writ of mandamus, his motion for general relief, and his motion to compel a ruling. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2